WILLIAM G. McDEVITT, Esq. Bar No. 62065
BROWN & McDEVITT
300 Drake's Landing Road, Suite 172
Greenbrae, CA 94904
Telephone: (415) 925-9212
Facsimile:  (415) 464-9252

Attorneys for Plaintiff, RONALD RICHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICHMAN, | ) Case No. C07-05317 JCS |
| Plaintiffs, | ) **CASE MANAGEMENT CONFERENCE** |
| | ) **STATEMENT** |
| vs. | ) |
| | ) **Civil L.R. 16-9** |
| UNITED STATES OF AMERICA, et al. | ) |
| Defendants. | ) |

Plaintiff, RONALD RICHMAN, hereby submits the following Case Management Statement pursuant to Civil Local Rule 16.9:

1. <u>Jurisdiction and Service</u>: This is an action against the United States Government. Plaintiff has served what was believed to be the responsible department of the United States Government, but has recently learned that the negligent party was an employee of the United States Department of Agriculture, Animal and Plant Inspection Service, not the United States Department of Agriculture, Department of Wildlife Services. The Summons and

CASE MANAGEMENT CONFERENCE STATEMENT
1

Complaint have now been served on both the California Director and the USDA/APHIS/LPA in Riverdale, Maryland.

2. <u>Facts</u>: This is an action for personal injuries arising out of a rear-end automobile accident that occurred on October 24, 2005.

3. <u>Legal Issues</u>: Liability and damages.

4. <u>Motions</u>: None.

5. <u>Amendment of Pleadings</u>: If ordered, plaintiff will amend the name of the Department of the United States Government actually responsible.

6. <u>Evidence Preservation</u>: Photographs of the property damage to plaintiff's vehicle have been taken and are in the care, custody, and control of plaintiff's employer.

7. <u>Disclosures</u>: Plaintiff has made a timely disclosure in accordance with Fed. R. Civ.P.26(f) providing copies of the pleadings, photographs, accident and medical records thus far compiled.

8. <u>Discovery</u>: Plaintiff will initiate discovery after defendant responds.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: Not applicable.

11. <u>Relief</u>: Medical and related expenses of $8,984, and continuing; wage loss and related expenses of $14,080, and continuing; present value of future wage loss, subject to expert calculations; non-economic damages for pain and suffering.

12. <u>Settlement and ADR</u>: Plaintiff is willing to participate in any form of alternative dispute resolution, but suggests early mediation.

13. <u>Consent to Magistrate Judge for All Purposes</u>: Plaintiff consents to have a magistrate conduct all further proceedings, including trial and entry of judgment.

14. <u>Other References</u>: Not applicable.

15. <u>Narrowing of Issues</u>: Not applicable.

16. <u>Expedited Schedule</u>: This case is the type of case that can be handled on an expedited basis with streamlined procedures.

17. <u>Scheduling</u>: Designation of experts, June 1, 2008; discovery cutoff, September 1, 2008; dispositive motions, September 1, 2008; Pretrial conference, October 1, 2008; Trial, November 1, 2008.

18. <u>Trial</u>: Jury trial – 4 to 5 days.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: County of Contra Costa, plaintiff's employer, which has paid workers' compensation benefits and has filed a lien in this matter.

DATED: January 16, 2008

Respectfully submitted,

BROWN & McDEVITT

By /s/ WILLIAM G. McDEVITT, Esq.
Attorneys for Plaintiff

*Richman v. United States of America, et al.*
USDC Case No. C07-05317 JCS

## PROOF OF SERVICE (Code Civ. Proc. § 1013a)

  I am a citizen of the United States. My business address is 300 Drake's Landing Road, Suite 172, Greenbrae, CA 94904. I am employed in the County of Marin, where this mailing occurs. I am over eighteen years of age and not a party to the within cause. On the date set forth below, I served the attached document described as:

**CASE MANAGEMENT CONFERENCE STATEMENT**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mark A. Cartier, Esq.
Thomas Lyding Cartier & Gaus, LLP
3100 Oak Road, Suite 310
P. O. Box 8072
Walnut Creek, CA 94597
T: 925-930-7270
F: 925-256-8148
**Attorneys for Defendants**

[X] **(BY MAIL)** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on January 17, 2008, following ordinary business practices.

[ ] **(BY EXPRESS MAIL OVERNIGHT DELIVERY)** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by the US Postal Service. I am readily familiar with Brown & McDevitt's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Brown & McDevitt's business practice the document described above will be deposited in a box or other facility regularly maintained by the US Postal Service at Greenbrae, California on the same date that it is placed at Brown & McDevitt for collection

[ ] **(BY FACSIMILE)** I caused said documents to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 17, 2008, at Greenbrae, California.

               */s/ Lani Hendricks*
                Lani Hendricks

**Proof of Service**