UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD RICHMAN

        Plaintiff(s),

  v.

UNITED STATES OF AMERICA, et al.

        Defendant(s).

No. C 07-5317 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 17, 2008

Signature: [signature]

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")

*Richman v. United States of America, et al.*
USDC Case No. C07-05317 JCS

**PROOF OF SERVICE (Code Civ. Proc. § 1013a)**

   I am a citizen of the United States. My business address is 300 Drake's Landing Road, Suite 172, Greenbrae, CA 94904. I am employed in the County of Marin, where this mailing occurs. I am over eighteen years of age and not a party to the within cause. On the date set forth below, I served the attached document described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mark A. Cartier, Esq.
Thomas Lyding Cartier & Gaus, LLP
3100 Oak Road, Suite 310
P. O. Box 8072
Walnut Creek, CA 94597
T: 925-930-7270
F: 925-256-8148
**Attorneys for Defendants**

[X]  **(BY MAIL)** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on January 17, 2008, following ordinary business practices.

[ ]  **(BY EXPRESS MAIL OVERNIGHT DELIVERY)** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by the US Postal Service. I am readily familiar with Brown & McDevitt's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Brown & McDevitt's business practice the document described above will be deposited in a box or other facility regularly maintained by the US Postal Service at Greenbrae, California on the same date that it is placed at Brown & McDevitt for collection

[ ]  **(BY FACSIMILE)** I caused said documents to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 17, 2008, at Greenbrae, California.

                  *Lani Hendricks*
                   Lani Hendricks