# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 07-05317 JCS

**CASE NAME:** RONALD RICHMAN V. USA

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** January 25, 2008   **TIME:** 5 mins | **COURT REPORTER:** Not Recorded |
| **COUNSEL FOR PLAINTIFF:** William George McDevitt | **COUNSEL FOR DEFENDANT:** No Appearance |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Initial Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

An updated case management conference statement shall be due by 3/14/8.

**ORDER TO BE PREPARED BY:** ( ) Plaintiff   ( ) Defendant   (X) Court

**CASE CONTINUED TO:** 03/21/08 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m.  ( )Jury  ( )Court   Set for   days | | |

**cc:** Chambers; Karen
\* (T) = Telephonic Appearance