UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICHMAN, | Case No. C-07-05317 JCS |
|     Plaintiff(s), | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| UNITED STATES OF AMERICA, | |
|     Defendant(s). | |

Following a case management conference held on **January 25, 2008,**

IT IS HEREBY ORDERED THAT:

1. An updated case management conference statement shall be due by **March 14, 2008.**

2. A further case management conference is set for **March 21, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: January 28, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

cmcpto 1-28-8.wpd