WILLIAM G. McDEVITT (SBN 62065)
P. O. Box 6248
San Rafael, CA  94903
Telephone: (415) 472-4805
Facsimile:  (415) 479-7319

Attorneys for Plaintiff,
RONALD RICHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICHMAN, | ) Case No. C07-05317 JCS |
| Plaintiffs, | ) CASE MANAGEMENT CONFERENCE ) STATEMENT |
| vs. | ) |
| UNITED STATES OF AMERICA, et al. | ) Civil L.R. 16-9 ) |
| Defendants. | ) DATE:   March 21, 2008 ) TIME:   1:30 p.m. ) |

Plaintiff, RONALD RICHMAN, hereby submits the following updated Case Management Statement pursuant to Civil Local Rule 16.9:

1. <u>Jurisdiction and Service</u>: This is an action against the United States Government. Plaintiff has served what was believed to be the responsible department of the United States Government, but has recently learned that the negligent party was an employee of the United States Department of Agriculture, Animal and Plant Inspection Service, not the United States Department of Agriculture, Department of Wildlife Services. The Summons and Complaint have now been served on both the California Director and the USDA/APHIS/LPA in Riverdale, Maryland.

2. <u>Facts</u>:  This is an action for personal injuries arising out of a rear-end automobile accident that occurred on October 24, 2005.

3. <u>Legal Issues</u>:  Liability and damages.

4. <u>Motions</u>:  None.

5. <u>Amendment of Pleadings</u>:  If ordered, plaintiff will amend the name of the Department of the United States Government actually responsible.

6. <u>Evidence Preservation</u>:  Photographs of the property damage to plaintiff's vehicle have been taken and are in the care, custody, and control of plaintiff's employer.

7. <u>Disclosures</u>:  Plaintiff has made a timely disclosure in accordance with Fed. R. Civ.P.26(f) providing copies of the pleadings, photographs, accident and medical records thus far compiled.

8. <u>Discovery</u>:  Plaintiff will initiate discovery after defendant responds.

9. <u>Class Actions</u>:  Not applicable.

10. <u>Related Cases</u>:  Not applicable.

11. <u>Relief</u>:  Medical and related expenses of $8,984, and continuing; wage loss and related expenses of $14,080, and continuing; present value of future wage loss, subject to expert calculations; non-economic damages for pain and suffering.

12. <u>Settlement and ADR</u>:  Plaintiff is willing to participate in any form of alternative dispute resolution, but suggests early mediation.

13. <u>Consent to Magistrate Judge for All Purposes</u>:  Plaintiff consents to have a magistrate conduct all further proceedings, including trial and entry of judgment.

14. <u>Other References</u>:  Not applicable.

15. <u>Narrowing of Issues</u>:  Not applicable.

16. <u>Expedited Schedule</u>: This case is the type of case that can be handled on an expedited basis with streamlined procedures.

17. <u>Scheduling</u>: Designation of experts, June 1, 2008; discovery cutoff, September 1, 2008; dispositive motions, September 1, 2008; Pretrial conference, October 1, 2008; Trial, November 1, 2008.

18. <u>Trial</u>: Jury trial – 4 to 5 days.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: County of Contra Costa, plaintiff's employer, which has paid workers' compensation benefits and has filed a lien in this matter.

Respectfully submitted,

DATED: March 13, 2008

WILLIAM G. McDEVITT

By _____
WILLIAM G. McDEVITT
Attorneys for Plaintiff