JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD RICHMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; U.S.<br>DEPARTMENT OF FISH & WILDLIFE<br>SERVICE,<br><br>                Defendant. | No. C 07-5317 JCS<br><br>**DECLINATION TO PROCEED<br>BEFORE A MAGISTRATE JUDGE** |

     Defendant United States of America, by and through this special appearance of its attorney[1], the United States Attorney for the Northern District of California, hereby declines to have the above-captioned matter resolved by a magistrate judge and requests reassignment to a federal district court judge.

                                             Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

Dated: March 14, 2008                                   /s/
                                             ABRAHAM A. SIMMONS
                                             Assistant United States Attorney

---

     [1]    The United States does not concede it has been served in accordance with Rule 4 of the Federal Rules of Civil Procedure.