IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICHMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF FISH & WILDLIFE SERVICE.,<br><br>    Defendant.               / | No. C 07-05317 WHA<br><br>**CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has scheduled a Case Management Conference for **April 10, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

    Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: March 25, 2008

                                                              FOR THE COURT,

                                                              Richard W. Wieking, Clerk

                                                              By:_____
                                                               Dawn K. Toland
                                                              Courtroom Deputy to the
                                                              Honorable William Alsup