UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>April 10, 2008</u>

Case No.  <u>C 07-05317 WHA</u>

Title: <u>RONALD RICHMAN</u> v. <u>USA</u>

Plaintiff's Attorney: William McDevitt

Defense Attorney: Abraham Simmons

Deputy Clerk:  <u>Dawn Toland</u>          Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC- Held</u>

2)   _____

Disclosures Completed by: 4/30/08

Leave to Add or Amend by: 4/30/08

Discovery Cutoff: 1/9/09

Summary Judgment Filed by: 2/26/09

Case continued to **5/4/09 at 2:00 pm**  for Pretrial Conference

Case continued to **5/18/09 at 7:30 am**  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.