WILLIAM G. McDEVITT, Esq. (SBN 62065)
Of Counsel, Brayton Purcell, LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948
Telephone: (415) 898-1555
Facsimile:   (415) 898-1247

Attorneys for Plaintiff, RONALD RICHMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICHMAN, | ) Case No. C07-05317 JCS |
| | ) |
| Plaintiffs, | ) **AMENDED INITIAL DISCLOSURES** |
| | ) |
| vs. | ) **Fed. R. Civ.P. 26** |
| | ) |
| UNITED STATES OF AMERICA, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, RONALD RICHMAN, hereby submits the following Initial Disclosures pursuant to Fed. R. Civ.26:

A.  <u>Names of Individuals With Discoverable Information:</u>

　　1.    Ronald Richman, 565 Hamburg Circle, Clayton, CA 94516, Tel. 925-672-3210;

　　2.    Cheryl Richman, 565 Hamburg Circle, Clayton, CA 94516, Tel. 925-672-3210;

　　3.    Tom Rasmussen (witness), 1305 NH PMB 321, Longpoc, CA 93436, Tel. 805-717-9454;

　　4.    Peter Lacy (adverse driver), Defendant's employee, address unknown;

5.    Kenton Coyle (supervisor), 550 Sally Ride Drive, Concord, CA 94520;

6.    Jason Smith, M.D., 425 Gregory Lane #201, Pleasant Hill, CA 94523, Tel. 925-726-0148;

7.    James Stark, M.D., 900 Hyde Street, San Francisco, CA 94109, Tel. 415-441-6321;

8.    Maria Faint (adjuster handling workers' compensation claim), Tel. 925-335-1410;

B.    <u>Attached Documents:</u>

1.    Claim of employer, (Exhibit A);

2.    Itemization of employer's lien (Exhibit B);

3.    Vehicle accident report with attached black and white copies of the damage to plaintiff's employer's vehicle (Exhibit C); and

4.    Medical records and reports in plaintiff's workers' compensation file, Contra Costa County Risk Management, 2530 Arnold Drive, Suite 140, Martinez, CA 94553, Tel. 925-335-1410;

5.    Medical records and reports from Muir/Diablo Occupational Medicine, 1981 N. Broadway, Suite 190, Walnut Creek, CA 94596, Tel. 925-932-7715;

6.    Medical records and reports from Jason A. Smith, M.D., 425 Gregory Lane #201, Pleasant Hill, CA 94523, Tel. 925-726-0148;

7.    Medical records and reports from James Stark, M.D., 900 Hyde Street, San Francisco, CA 94109, Tel. 415-441-6321;

8.    Physical Therapy Records from Alhambra Physical Therapy, 1923 Oak Park Boulevard, Pleasant Hill, CA 94523, Tel. 925-930-0545;

9.     Medical records and reports from John Muir Hospital, 1601 Ygnacio Valley Road, Walnut Creek, CA 94598;

10.    Medical records and reports from Clayton Valley Medical Group, 1520 Kirker Pass Road, Suite A, Clayton, CA 94517, Tel. 925-672-6744;

11.    Medical records and reports from Valley Care Medical Center, 5555 West Las Positas Boulevard, Pleasanton, CA 94588;

12.    Medical records and reports from James D. Fountaine, M.D., 5725 West Las Positas Boulevard, Pleasanton, CA 94588;

13.    Physical therapy records from Cornerstone Physical Therapy, 2255 Ygnacio Valley Road, Walnut Creek, CA 94598, Tel. 925-947-6666;

14.    Employment records and retirement information from the County of Contra Costa, 550 Sally Ride Drive, Concord, CA 94520.

C.    <u>Computation of Damages:</u>

1.    Medical expenses: $21,513.00 (per workers' compensation carrier's itemization);

2.    Past wage loss: $126,000.00 ($4,345.00 per month x 29 months);

3.    Future wage loss: $350,000.00 (present value of $4,345.00 per month x 8 years);

4.    General damages, according to proof.

D.    <u>Disclosure of Expert Witnesses</u>

1.    Jason Smith, M.D., 425 Gregory Lane #201, Pleasant Hill, CA 94523, Tel. 925-726-0148;

/ / /

/ / /

1    2.    James Stark, M.D., 900 Hyde Street, San Francisco, CA 94109, Tel. 415-441-

2         6321.

3

4                                      Respectfully submitted,

5    DATED: April 15, 2008             LAW OFFICES OF WILLIAM G. MCDEVITT

6

7

8    By
          WILLIAM G. McDEVITT, Esq.
9         Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Richman v. United States of America, et al.*
*USDC Case No. C07-05317 JCS*

## PROOF OF SERVICE (Code Civ. Proc. § 1013a)

I am a citizen of the United States. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, CA 94948. I am employed in the County of Marin, where this mailing occurs. I am over eighteen years of age and not a party to the within cause. On the date set forth below, I served the attached document described as:

### AMENDED INITIAL DISCLOSURE

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mark A. Cartier, Esq.
Thomas Lyding Cartier & Gaus, LLP
3100 Oak Road, Suite 310
P. O. Box 8072
Walnut Creek, CA 94597
T: 925-930-7270
F: 925-256-8148
**Attorneys for Defendants**

[X]    **(BY MAIL)** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on April *16*, 2008, following ordinary business practices.

[  ]    **(BY EXPRESS MAIL OVERNIGHT DELIVERY)** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by the US Postal Service. I am readily familiar with Brayton Purcell's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Brayton Purcell's business practice the document described above will be deposited in a box or other facility regularly maintained by the US Postal Service at Novato, California on the same date that it is placed at Brayton Purcell for collection

[  ]    **(BY FACSIMILE)** I caused said documents to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April *16*, 2008, at Novato, California.

Krystal Correia

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| United States Department of Agriculture<br>Animal and Plant Health Inspection Service<br>California Wildlife Services State Director<br>3419-A Arden Way, Sacramento, CA  95825 | Claimant County: 2530 Arnold Dr., # 140, Martinez, CA  94553<br>Attorney: Thomas, Lyding, Cartier & Gaus, P.O. Box 8072,<br>Walnut Creek, CA  94597 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | N/A | N/A | 10-24-05 | PM |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

Peter Lacy was an employee of the US Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services, and Ronald Richman was an employee of the County of Contra Costa. On 10-24-05 at Buchanan Field in Contra Costa County, California, Ronald Richman was driving a vehicle, and was struck by the vehicle negligently driven by Peter Lacy. Peter Lacy drove his vehicle into the rear of the vehicle Ronald Richman was driving. The County of Contra Costa has provided workers compensation benefits to or on behalf of Ronald Richman for the injury sustained in the 10-24-05 incident. There was property damage to the vehicle owned by the County of Contra Costa and driven by Ronald Richman.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
County of Contra Costa, 2530 Arnold Drive, #140, Martinez, CA  94553.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Damage to the rear of the vehicle driven by Ronald Richman, and to the front of the vehicle driven by Peter Lacy.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Ronald Richman alleges that he sustained a cervical disc herniation and shoulder strain. He also alleges a psychiatric injury as a consequence of the orthopedic claim.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) | |
| Tom Rasmussen | 1305 N. H. PMB 321, Lompoc, CA  93436 | |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| 1,989.66 | 200,000.00 | | 201,989.66 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| | (925) 930-7270 | 10-16-2007 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046
**EXHIBIT A**

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

## INSTRUCTIONS

Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to  Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property

| 15. Do you carry accident insurance? | Yes. If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. | X No |

The County of Contra Costa is permissibly uninsured for workers compensation liability, and it has provided workers compensation benefits to or on behalf of Ronald Richman for the 10-24-05 incident; the address for the County of Contra Costa is 2530 Arnold Drive, #140, Martinez, CA 94553. The adjuster is Maria Faint, (925) 335-1410.

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| No. | N/A |

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

N/A

| 19. Do you carry public liability and property damage insurance? | Yes. If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* | X No |

The County of Contra Costa is permissibly uninsured for workers' compensation liability under the laws of the State of California

SF 95 (Rev. 7-85) BACK

# Payment Listing

Richman, Ronald J 59372

| From Medical DoctorMedical | Through | Check# | Check Date | Method | Vendor | Discount | Amount |
|---|---|---|---|---|---|---|---|
| 12/05/2006 | 12/05/2006 | 1458454 | 02/26/2007 | Check | CLAYTON VALLEY | 44.54 | 40.46 |
| 11/03/2006 | 11/03/2006 | 1457621 | 02/15/2007 | Check | Dickinson, CV, M.D., | 90.14 | 184.86 |
| 09/20/2006 | 09/20/2006 | 1456036 | 02/02/2007 | Check | CLAYTON VALLEY | 12.02 | 37.98 |
| 11/07/2006 | 11/07/2006 | 1455087 | 01/29/2007 | Check | CLAYTON VALLEY | 44.54 | 40.46 |
| 08/30/2006 | 08/30/2006 | 1454997 | 01/26/2007 | Check | SMITH, M.D., JASON A. | 147.69 | 179.31 |
| 10/09/2006 | 10/09/2006 | 1451463 | 12/21/2006 | Check | CLAYTON VALLEY | 44.54 | 40.46 |
| 09/20/2006 | 09/20/2006 | 1450139 | 12/14/2006 | Check | CLAYTON VALLEY | 16.02 | 33.98 |
| 09/07/2006 | 09/07/2006 | 1448097 | 11/27/2006 | Check | CLAYTON VALLEY | 84.54 | 40.46 |
| 06/09/2006 | 06/09/2006 | 1447394 | 11/17/2006 | Check | Kaiser | 193.36 | 83.94 |
| 08/14/2006 | 08/14/2006 | 1446204 | 11/07/2006 | Check | CLAYTON VALLEY | 44.54 | 40.46 |
| 05/26/2006 | 05/26/2006 | | | Paper Transaction | Kaiser | 277.30 | 0.00 |
| 05/12/2006 | 05/12/2006 | 1443298 | 10/04/2006 | Check | Kaiser | 183.36 | 83.94 |
| 07/19/2006 | 07/19/2006 | 1442298 | 09/25/2006 | Check | CLAYTON VALLEY | 44.54 | 40.46 |
| 05/21/2006 | 05/21/2006 | 1442323 | 09/25/2006 | Check | CA EMERGENCY | 97.79 | 87.21 |
| 07/10/2006 | 07/10/2006 | 1441933 | 09/20/2006 | Check | Northern California Spine | 65.55 | 79.75 |
| 06/23/2006 | 06/23/2006 | 1441984 | 09/20/2006 | Check | BAY IMAGING | 16.80 | 15.20 |
| 06/28/2006 | 06/28/2006 | 1440228 | 08/29/2006 | Check | CLAYTON VALLEY | 44.54 | 40.46 |
| 04/06/2006 | 04/06/2006 | 1440257 | 08/28/2006 | Check | Kaiser | 86.89 | 33.11 |
| 06/23/2006 | 06/23/2006 | 1440307 | 08/29/2006 | Check | Northern California Spine | 202.17 | 372.83 |
| 06/15/2006 | 06/15/2006 | 1439178 | 08/17/2006 | Check | CLAYTON VALLEY | 44.54 | 40.46 |
| 03/21/2006 | 03/21/2006 | 1436981 | 07/28/2006 | Check | Kaiser | 86.89 | 33.11 |
| 05/18/2006 | 05/18/2006 | 1436844 | 07/26/2006 | Check | Northern California Spine | 37.40 | 47.60 |
| 05/03/2006 | 05/03/2006 | 1434560 | 06/29/2006 | Check | Northern California Spine | 226.62 | 496.38 |
| | | 1424336 | 03/14/2006 | Void | HILL, DO, DICKIE L. | -27.40 | -47.60 |
| 02/24/2006 | 02/24/2006 | 1432875 | 06/19/2006 | Check | Kaiser | 123.01 | 59.29 |
| 04/03/2006 | 04/03/2006 | 1432367 | 06/13/2006 | Check | Northern California Spine | 123.96 | 274.04 |
| 12/22/2005 | 12/22/2005 | 1430233 | 05/17/2006 | Check | Kaiser | 233.50 | 76.50 |
| 01/23/2006 | 01/23/2006 | 1430263 | 05/17/2006 | Check | Kaiser | 123.01 | 59.29 |
| 10/24/2005 | 10/24/2005 | 1428514 | 04/26/2006 | Check | Occupational Physicians | 453.65 | 25.97 |
| 02/02/2006 | 02/02/2006 | 1424336 | 03/14/2006 | Check | HILL, DO, DICKIE L. | 27.40 | 47.60 |
| 12/12/2005 | 12/12/2005 | | | Paper Transaction | CLAYTON VALLEY | 150.00 | 0.00 |
| 12/12/2005 | 12/12/2005 | 1419271 | 01/18/2006 | Check | CLAYTON VALLEY | 64.97 | 65.03 |
| 12/05/2005 | 12/05/2005 | 1417960 | 01/10/2006 | Check | Occupational Physicians | 3.61 | 66.64 |

**EXHIBIT B**

| From | Through | Check# | Check Date | Method | Vendor | Discount | Amount |
|---|---|---|---|---|---|---|---|
| 11/21/2005 | 11/21/2005 | 1416769 | 01/03/2006 | Check | Occupational Physicians | 3.61 | 68.64 |
| 11/03/2005 | 11/03/2005 | 1415818 | 12/21/2005 | Check | Occupational Physicians | 7.29 | 117.65 |
| 10/27/2005 | 10/27/2005 | 1414766 | 12/15/2005 | Check | Occupational Physicians | 3.61 | 68.64 |
| 10/24/2005 | 10/24/2005 | 1414530 | 12/14/2005 | Check | Occupational Physicians | 65.95 | 413.67 |
| | | | | | Totals for Doctor/Medical | 3,524.49 | 3,390.24 |
| **Appliances (Crutches, Beds)** | | | | | | | |
| 10/24/2005 | 10/24/2005 | | | Cancelled | Occupational Physicians | 0.00 | 0.00 |
| | | | | | Totals for Appliances (Crutches, Beds) | 0.00 | 0.00 |
| **Physical therapy** | | | | | | | |
| 03/17/2006 | 03/17/2006 | 1431060 | 05/30/2006 | Check | Cornerstone Physical | 39.66 | 74.73 |
| 03/10/2006 | 03/10/2006 | 1430250 | 05/17/2006 | Check | Cornerstone Physical | 25.36 | 70.58 |
| 03/03/2006 | 03/03/2006 | 1428518 | 04/26/2006 | Check | Cornerstone Physical | 25.36 | 70.58 |
| 02/24/2006 | 02/24/2006 | 1427733 | 04/18/2006 | Check | Cornerstone Physical | 25.36 | 70.58 |
| 01/27/2006 | 01/30/2006 | 1424751 | 03/17/2006 | Check | Cornerstone Physical | 50.72 | 141.16 |
| 01/20/2006 | 01/23/2006 | 1423904 | 03/08/2006 | Check | Cornerstone Physical | 51.67 | 141.44 |
| 01/11/2006 | 01/17/2006 | 1423339 | 03/03/2006 | Check | Cornerstone Physical | 78.95 | 199.42 |
| 11/28/2005 | 11/28/2005 | 1417970 | 01/10/2006 | Check | HEALTH & FITNESS | 32.74 | 66.99 |
| 11/21/2005 | 11/23/2005 | 1417195 | 01/04/2006 | Check | HEALTH & FITNESS | 54.70 | 118.13 |
| 11/14/2005 | 11/18/2005 | 1416787 | 01/03/2006 | Check | HEALTH & FITNESS | 101.30 | 198.26 |
| | | | | | Totals for Physical therapy | 483.82 | 1,151.87 |
| **Hospital** | | | | | | | |
| 06/23/2006 | 06/23/2006 | | | Paper Transaction | VALLEY MEMORIAL | 5,988.80 | 0.00 |
| 05/21/2006 | 05/21/2006 | 1442316 | 09/25/2006 | Check | John Muir Medical | 414.73 | 116.02 |
| 06/23/2006 | 06/23/2006 | 1441423 | 09/13/2006 | Check | VALLEY MEMORIAL | 5,376.71 | 612.09 |
| 05/03/2006 | 05/03/2006 | 1435789 | 07/18/2006 | Check | VALLEY MEMORIAL | 5,169.53 | 631.02 |
| | | | | | Totals for Hospital | 16,949.77 | 1,359.13 |
| **Pharmacy** | | | | | | | |
| 08/08/2006 | 08/08/2006 | 1446263 | 11/07/2006 | Check | WALGREENS | 112.45 | 35.18 |
| 06/09/2006 | 06/09/2006 | 1445264 | 10/30/2006 | Check | Kaiser | 22.70 | 16.45 |
| | | | | | Totals for Pharmacy | 135.15 | 51.63 |
| **Utilization review** | | | | | | | |
| 01/25/2006 | 01/25/2006 | 1425472 | 03/24/2006 | Check | Comprehensive | 0.00 | 150.00 |
| 01/31/2006 | 01/31/2006 | 1425476 | 03/24/2006 | Check | Comprehensive | 0.00 | 198.75 |
| 02/24/2006 | 02/24/2006 | 1424637 | 03/16/2006 | Check | Comprehensive | 3.00 | 147.00 |
| 02/14/2006 | 02/14/2006 | 1424440 | 03/15/2006 | Check | Comprehensive | 0.00 | 198.75 |
| 12/22/2005 | 12/22/2005 | 1418560 | 01/13/2006 | Check | Comprehensive | 3.00 | 147.00 |
| | | | | | Totals for Utilization review | 6.00 | 841.50 |
| **Nurse Case Management** | | | | | | | |
| 01/04/2007 | 02/05/2007 | 1458712 | 03/05/2007 | Check | CHOICES CASE | 0.00 | 638.88 |
| 12/09/2006 | 01/04/2007 | 1455242 | 01/31/2007 | Check | CHOICES CASE | 0.00 | 117.80 |
| 11/05/2006 | 12/08/2006 | 1453765 | 01/16/2007 | Check | CHOICES CASE | 0.00 | 254.80 |

Rx Date/Time    MAR-23-2007(FRI) 09:48
MAR. 23. 2007  8:50AM    CF RISK MANAGEMENT                NO. 129    P. 4

| From | Through | Check# | Check Date | Method | Vendor | Discount | Amount |
|---|---|---|---|---|---|---|---|
| 10/03/2006 | 11/04/2006 | 1448453 | 11/30/2006 | Check | CHOICES CASE | 0.00 | 176.40 |
| 08/12/2006 | 09/06/2006 | 1447784 | 11/21/2006 | Check | CHOICES CASE | 0.00 | 825.78 |
| 09/07/2006 | 10/03/2006 | 1444558 | 10/20/2006 | Check | CHOICES CASE | 0.00 | 796.78 |
| 08/02/2006 | 08/11/2006 | 1440656 | 09/08/2006 | Check | CHOICES CASE | 0.00 | 582.00 |
| | | | | | Totals for Nurse Case Management | 0.00 | 3,192.24 |
| Diagnostic tests (MRI, xray, | | | | | | | |
| 12/22/2005 | 12/22/2005 | 1452858 | 01/11/2007 | Check | Kaiser | 178.56 | 91.44 |
| 05/03/2006 | 05/03/2006 | 1436473 | 07/25/2006 | Check | BAY IMAGING | 50.20 | 41.80 |
| 01/10/2006 | 01/10/2006 | 1425354 | 03/22/2006 | Check | MEISEL, M.D., | 185.00 | 495.00 |
| | | | | | Totals for Diagnostic tests (MRI, xray, EMG, etc) | 413.76 | 628.24 |
| PPO fee | | | | | | | |
| | | 1458314 | 02/26/2007 | Check | Valley Oak Systems | | 0.86 |
| | | 1454836 | 01/26/2007 | Check | Valley Oak Systems | | 0.86 |
| | | 1454836 | 01/26/2007 | Check | Valley Oak Systems | | 0.67 |
| | | 1451128 | 12/21/2006 | Check | Valley Oak Systems | | 0.86 |
| | | 1449629 | 12/13/2006 | Check | Valley Oak Systems | | 0.72 |
| | | 1447907 | 11/22/2006 | Check | Valley Oak Systems | | 0.86 |
| | | 1445656 | 11/02/2006 | Check | Valley Oak Systems | | 0.86 |
| | | 1442175 | 09/25/2006 | Check | Valley Oak Systems | | 0.86 |
| | | 1441462 | 09/15/2006 | Check | Valley Oak Systems | | 0.50 |
| | | 1440997 | 09/12/2006 | Check | Valley Oak Systems | | 2.27 |
| | | 1439980 | 08/28/2006 | Check | Valley Oak Systems | | 0.86 |
| | | 1438751 | 08/15/2006 | Check | Valley Oak Systems | | 0.86 |
| | | 1430480 | 05/23/2006 | Check | Valley Oak Systems | | 1.00 |
| | | 1429804 | 05/15/2006 | Check | Valley Oak Systems | | 0.94 |
| | | 1428134 | 04/25/2006 | Check | Valley Oak Systems | | 0.94 |
| | | 1427526 | 04/17/2006 | Check | Valley Oak Systems | | 0.94 |
| | | 1424381 | 03/15/2006 | Check | Valley Oak Systems | | 1.88 |
| | | 1423568 | 03/07/2006 | Check | Valley Oak Systems | | 1.88 |
| | | 1423236 | 03/02/2006 | Check | Valley Oak Systems | | 2.66 |
| | | 1418938 | 01/18/2006 | Check | Valley Oak Systems | | 1.38 |
| | | 1417837 | 01/10/2006 | Check | Valley Oak Systems | | 0.43 |
| | | 1417837 | 01/10/2006 | Check | Valley Oak Systems | | 1.10 |
| | | 1416899 | 01/04/2006 | Check | Valley Oak Systems | | 1.93 |
| | | 1416554 | 12/30/2005 | Check | Valley Oak Systems | | 3.20 |
| | | 1416554 | 12/30/2005 | Check | Valley Oak Systems | | 0.43 |
| | | 1415432 | 12/21/2005 | Check | Valley Oak Systems | | 0.74 |
| | | 1414316 | 12/14/2005 | Check | Valley Oak Systems | | 0.43 |
| | | 1414075 | 12/13/2005 | Check | Valley Oak Systems | | 2.61 |

| From | Through | Check# | Check Date | Method | Vendor | Discount | Amount |
|------|---------|--------|------------|--------|--------|----------|--------|
| | | | | | Totals for PPO fee | 0.00 | 33.53 |
| | | | | | Totals for Medical | 21,512.99 | 10,648.38 |
| | | | | | Recovery | | 0.00 |
| **Temporary Disability** | | | | | | | |
| **Temporary Partial (Wage** | | | | | | | |
| 11/01/2005 | 11/13/2005 | | | Voucher | Ronald Richman | 0.00 | 779.30 |
| | | | | | Totals for Temporary Partial (Wage Loss) | 0.00 | 779.30 |
| **Wage/TTD   (CCC only)** | | | | | | | |
| 02/01/2007 | 02/28/2007 | | | Voucher | Ronald Richman | 0.00 | 2,909.60 |
| 01/01/2007 | 01/31/2007 | | | Voucher | Ronald Richman | 0.00 | 3,221.34 |
| 12/01/2006 | 12/31/2006 | | | Voucher | Ronald Richman | 0.00 | 3,221.34 |
| 11/01/2006 | 11/30/2006 | | | Voucher | Ronald Richman | 0.00 | 3,117.43 |
| 10/01/2006 | 10/31/2006 | | | Voucher | Ronald Richman | 0.00 | 3,221.34 |
| 08/30/2006 | 09/30/2006 | | | Voucher | Ronald Richman | 0.00 | 3,325.26 |
| 05/21/2006 | 06/13/2006 | | | Voucher | Ronald Richman | 0.00 | 2,493.94 |
| 05/03/2006 | 05/08/2006 | | | Voucher | Ronald Richman | 0.00 | 623.49 |
| 06/23/2006 | 06/27/2006 | | | Voucher | Ronald Richman | 0.00 | 519.57 |
| | | | | | Totals for Wage/TTD   (CCC only) | 0.00 | 22,653.31 |
| | | | | | Totals for Temporary Disability | 0.00 | 23,432.61 |
| | | | | | Recovery | | 0.00 |
| **Deposition (non-medical, e.g.** | | | | | | | |
| 12/07/2006 | 12/07/2006 | 1460835 | 03/22/2007 | Check | BROWN & McDEVITT | 0.00 | 1,155.00 |
| | | | | | Totals for Deposition (non-medical, e.g. claimant, witnesses) | 0.00 | 1,155.00 |

Sep 28 06 04:13p    Ron Richman                        925 6731284                    p.2

### VEHICLE ACCIDENT REPORT

DATE _10-24-05_    TIME _1203_    ACCIDENT LOCATION _Buchanan Field Airport Taxi: N & F_

Vehicle Equipment No. _5205_    Lic. Plate No. _E031248_    Year/Make/Type _1998 Dodge Ram 1500_

| County Driver: | Other Driver: |
|---|---|
| Name _RON RICHMAN_ | Name _Peter Lacy_ |
| | _Oak Glen Dr_ |
| Department _PUBLIC WORKS_ | Home Address _9491 Oakland_ |
| Home Address _565 HAMBUR CIRCLE_ | Home Phone # _209-786-0080_ |
| Home Phone # _672-3210_ | Work Phone # _209 545 9139_ |
| Work Phone # _646-5722_ | Driver's License # _G6213986_ |
| Driver's License # _N2605462_ | Car: Year _2002_ Make _FORD_ Model _F150 4X4_ |
| | Registered Owner _Gso wild life services_ |
| If Personal or Rental Vehicle, | Address _USA Fleet mgt center 101 Glen_ |
| Name & Address of Agent _____ | Phone # _____ |
| | License Plate # _962 13986_ |
| | Insurance Company _self ins_ |
| Police Report Taken: Yes ____ No _✓_ | Address _____ |
| | Policy # _____ |
| Police Dept. _____ | Agents Name _____ |

| List Injured Parties: | List Witnesses: |
|---|---|
| 1. Name _MYSELF_ | 1. Name _Tom Rasmussen_ |
| Phone # _____ | Phone # _805 717-9454_ |
| Address _____ | Address _1305 N H PMB 321_ |
|       Street |       Street |
|   City  State  Zip Code | _Long Beach_  _CA_  _93436_ |
| |   City  State  Zip Code |
| 2. Name _____ | 2. Name _____ |
| Phone # _____ | Phone # _____ |
| Address _____ | Address _____ |
|       Street |       Street |
|   City  State  Zip Code |   City  State  Zip Code |
| 3. Name _____ | 3. Name _____ |
| Phone # _____ | Phone # _____ |
| Address _____ | Address _____ |
|       Street |       Street |
|   City  State  Zip Code |   City  State  Zip Code |

Seat Belt Worn By County Driver: Yes _✗_    No ____

Damage to County Vehicle _YES BACK OF TRUCK_

Damage to Other Vehicle _YES FRONT OF TRUCK_



**EXHIBIT** _C_

**PREPARE SKETCH OF ACCIDENT SCENE:** Indicate direction, street names, traffic signs, landmarks, etc.

1. Number vehicles, show travel direction by arrows. ⟶ ☐1☓2☐ ⟵
2. Show path before accident with solid line. ⟶ 1
3. Show path after accident with broken line. ⇢ 1
4. Show pedestrians by ⟶o
5. Show railroad tracks by +++++++

*[hand-drawn sketch: "F", TAXI WAY "A", ← ☐←☐, ME, FISH & GAME]*

**DESCRIBE HOW ACCIDENT OCCURRED:** Include approximate speeds of involved vehicles, whether any parties appeared to be under the influence of substances, etc. (Add another page if necessary.)

WE WERE LOOKING FOR PIGONS AND I STOPED ON THE TAXIWAY FISH & GAME WAS NOT LOOKING AND HIT THE BACK OF MY TRUCK

SUPERVISOR'S INVESTIGATION

SUPERVISOR'S RECOMMENDATION

ACTION COMPLETED - Yes_____   No_____

_R. D._   10-24-05
EMPLOYEE'S SIGNATURE & DATE

SUPERVISOR'S SIGNATURE & DATE

M:VAREP2
2/1/89

Send Original Report To Risk Management And A Copy To General Services Fleet Management Immediately
Risk Management Telephone No: 646-4155







Case 3:07-cv-05317-WHA    Document 18    Filed 04/16/2008    Page 17 of 18



