*Richman v. United States of America, et al.*
*USDC Case No. C07-05317 JCS*

### PROOF OF SERVICE (Code Civ. Proc. § 1013a)

I am a citizen of the United States. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, CA 94948. I am employed in the County of Marin, where this mailing occurs. I am over eighteen years of age and not a party to the within cause. On the date set forth below, I served the attached document described as:

### AMENDED INITIAL DISCLOSURE

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Mark A. Cartier, Esq.<br>Thomas Lyding Cartier & Gaus, LLP<br>3100 Oak Road, Suite 310<br>P. O. Box 8072<br>Walnut Creek, CA 94597<br>T: 925-930-7270<br>F: 925-256-8148 | Abraham A. Simmons<br>U.S. Attorney's Office<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102<br>(415) 436-7264<br>Fax: (415) 436-6748<br>Email: abraham.simmons@usdoj.gov |

**[X]** **(BY MAIL)** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on April 16, 2008, following ordinary business practices.

**[ ]** **(BY EXPRESS MAIL OVERNIGHT DELIVERY)** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by the US Postal Service. I am readily familiar with Brayton Purcell's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Brayton Purcell's business practice the document described above will be deposited in a box or other facility regularly maintained by the US Postal Service at Novato, California on the same date that it is placed at Brayton Purcell for collection

**[ ]** **(BY FACSIMILE)** I caused said documents to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 16, 2008, at Novato, California.

                                                                               /s/Krystal Correia
                                                                               Krystal Correia