1
2
3
4
5
6
7

**United States District Court**
**Northern District of California**

8      # UNITED STATES DISTRICT COURT

9      ## Northern District of California

10     Richman,                                        07-05317 WHA MED

11                          Plaintiff(s),              **Notice of Appointment of Mediator**

12          v.

13     United States of America,

14                          Defendant(s).

15     TO COUNSEL OF RECORD:

16          The court notifies the parties and counsel that the Mediator assigned to this case

17     is:

18                          **Herb A. Schwartz**
                            Change Mediation
19                          829 Locust St.
                            P.O. Box 370
20                          Garberville, CA 95542
                            707-923-2223
21
            Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which
22
       governs the Mediation program.  The mediator will schedule a joint phone conference
23
       with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
24
       the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
25
       The court permits the mediator to charge each party its pro rata share of the cost of the
26
       phone conference.
27
28

**Notice of Appointment of Mediator**
07-05317 WHA MED                    - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: April 29, 2008

5                                    RICHARD W. WIEKING
                                     Clerk
6                                    by:    Alice M. Fiel

7

8    _____
                                     ADR Case Administrator
9                                    415-522-3148
                                     Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05317 WHA MED                        - 2 -