JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:   (415) 436-7264
    Facsimile:    (415) 436-6748

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD RICHMAN,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>            Defendant. | No. C 07-5317 WHA<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION<br><br><br>Hon. William H. Alsup |

     Whereas, on April 10, 2008, this Court referred this case to the ADR Unit for mediation; and

     Whereas, by operation of ADR Local Rule 6-4(b) the deadline to conduct the mediation in this case is July 9, 2008; and

     Whereas, Mediator Herb A. Schwartz was selected on April 29, 2008; and

     Whereas, on May 21, 2008, the parties and the mediator originally scheduled the mediation in this case on July 8, 2008; and

     Whereas, on June 27, 2008, defendant filed a motion to dismiss this case for lack of subject matter jurisdiction and scheduled the hearing on the motion for August 7, 2008; and

Whereas, the parties agree that no meaningful mediation can occur in this case until the issues raised in the pending motion to dismiss for lack of subject matter jurisdiction are resolved; and

Whereas, the parties and the mediator have consulted their respective schedules and have met and conferred regarding rescheduling the mediation;

**It is therefore stipulated between the parties that** they shall jointly request an Order from the Court extending by an additional 60 days the deadline for mediating this case and that the mediation should be rescheduled to take place on August 25, 2008.

**SO STIPULATED.**

DATED: July 9, 2008                    Brayton Purcell, LLP

By  /s/
    William G. McDevitt, Esq. (Of Counsel)
    Attorneys for Plaintiff

DATED: July 9, 2008                    JOSEPH P. RUSSONIELLO
                                       United States Attorney

By  /s/
    ABRAHAM A. SIMMONS
    Assistant United States Attorney
    Attorneys for Defendant

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED**:

The deadline for mediation this matter shall be extended until September 8, 2008.

_____            _____
     Date                              Hon. William H. Alsup
                                       United States District Court Judge