1

2  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
3  JOANN SWANSON (SBN 88143)
   Chief, Civil Division
   ABRAHAM A. SIMMONS (SBN 146400)
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone:    (415) 436-7264
       Facsimile:    (415) 436-6748
7

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  RONALD RICHMAN,                    )    No. C 07-5317 WHA
                                       )
13                  Plaintiff,         )
                                       )    STIPULATION AND [PROPOSED]
14            v.                       )    ORDER EXTENDING DEADLINE FOR
                                       )    MEDIATION
15  UNITED STATES,                     )
                                       )
16                  Defendant.         )
                                       )    Hon. William H. Alsup
17  _____)

18

19      Whereas, on April 10, 2008, this Court referred this case to the ADR Unit for

20  mediation; and

21      Whereas, by operation of ADR Local Rule 6-4(b) the deadline to conduct the

22  mediation in this case is July 9, 2008; and

23      Whereas, Mediator Herb A. Schwartz was selected on April 29, 2008; and

24      Whereas, on May 21, 2008, the parties and the mediator originally scheduled the

25  mediation in this case on July 8, 2008; and

26      Whereas, on June 27, 2008, defendant filed a motion to dismiss this case for lack

27  of subject matter jurisdiction and scheduled the hearing on the motion for August 7, 2008;

28  and

1
2
3
4

Whereas, the parties agree that no meaningful mediation can occur in this case until the issues raised in the pending motion to dismiss for lack of subject matter jurisdiction are resolved; and

5
6

Whereas, the parties and the mediator have consulted their respective schedules and have met and conferred regarding rescheduling the mediation;

7
8
9

**It is therefore stipulated between the parties that** they shall jointly request an Order from the Court extending by an additional 60 days the deadline for mediating this case and that the mediation should be rescheduled to take place on August 25, 2008.

**SO STIPULATED.**

10
11

DATED: <u>July 9, 2008</u>                    Brayton Purcell, LLP

12
13

                                                  By      /s/
                                                          _____
                                                          William G. McDevitt, Esq. (Of Counsel)
                                                          Attorneys for Plaintiff

14
15

DATED: <u>July 9, 2008</u>                    JOSEPH P. RUSSONIELLO
                                                  United States Attorney

16
17
18

                                                  By      /s/
                                                          _____
                                                          ABRAHAM A. SIMMONS
                                                          Assistant United States Attorney
                                                          Attorneys for Defendant

19

~~[PROPOSED]~~ ORDER

20
21

**PURSUANT TO STIPULATION IT IS SO ORDERED**:

22

The deadline for mediation this matter shall be extended until September 8, 2008.

23
24

<u>    July 11, 2008    </u>                    _____
               Date                            Hon. William H.
                                               United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*

25
26
27
28