THOMAS, LYDING, CARTIER & GAUS, LLP
Mark A. Cartier, Esq. (SB #124573)
3100 Oak Road, Suite 310
P. O. Box 8072
Walnut Creek, CA 94597
Telephone (925) 930-7270
Facsimile (925) 256-8148
E-mail: macartier@thomas-etal.com

Attorneys for
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICHMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO.: C07-05317-WHA<br><br>**NOTICE PENDENCY OF OTHER ACTION OR PROCEEDING**<br>**CIV. L.R. 3-13** |

In C07-05317-WHA, plaintiff RONALD RICHMAN seeks damages for personal injuries suffered in a motor vehicle accident on October 25, 2005 in Concord California.

Pending before the Federal District Court in San Francisco in CV 08-3499 MEJ, is an action by the County of Contra Costa against the United States of America and the US Department of Agriculture arising out of the same October 25, 2005 motor vehicle incident that is the subject of Mr. RICHMAN'S action. In CV 08-3499 the County of Contra Costa asserts it was RONALD RICHMAN'S employer at the time of the October 24, 2005 incident, and seeks a subrogation recovery for workers compensation benefits paid to or on behalf of RONALD RICHMAN for injuries attributed to the October 24, 2005 incident.

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
1

1     The subject matter of C07-05317 is substantially the same subject matter as CV 08-3499 in that
2 both actions involve the same motor vehicle accident, and damages alleged to have resulted from that
3 incident.

4 DATED: July 23, 2008

                                      Respectfully submitted,

                                        THOMAS, LYDING, CARTIER & GAUS, LLP

                                        By: _____
                                               MARK A. CARTIER, ESQ.
                                               Attorney for
                                               COUNTY OF CONTRA COSTA.

THOMAS, LYDING,
CARTIER & GAUS, LLP
Attorneys at Law
3100 Oak Road,
Suite 310
Walnut Creek, CA 94597
(925) 930-7270