UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 7, 2008

Case No.  C07-5317 WHA

Title: Ronald Richman v. USA

Plaintiff Attorneys:    William McDevitt

Defense Attorneys:    Abraham Simmons for USA; Peter Dragolovich for Contra Costa

Deputy Clerk: Frank Justiliano

Court Reporter:    Sahar McVickar

**PROCEEDINGS**

1)    Dft's Motion To Dismiss -    Held.

2)    _____


**ORDERED AFTER HEARING:**

The Court takes the matter under submission with an order to be issued.