WILLIAM G. McDEVITT, Esq. (SBN 62065)
Of Counsel, Brayton Purcell, LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948
Telephone: (415) 898-1555
Facsimile:   (415) 898-1247

Attorneys for Plaintiff, RONALD RICHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF CONTRA COSTA,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>            Defendants.<br>_____<br>RONALD RICHMAN,<br><br>            Intervener,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>            Defendants. | Case No. C07-05317 WHA<br>[C08-03499-MEJ; RELATED ACTION]<br><br>[proposed] COMPLAINT IN<br>INTERVENTION FOR DAMAGES<br>[F.R.C.P. RULE 24]<br><br>Date:     October 9, 2008<br>Time:    8:00 a.m.<br>Place:    Ctrm 9, 19th Floor<br>Before:  Hon. William H. Alsup |

Intervener, Ronald Richman, hereby alleges:

1.  Intervener is and was at all times mentioned herein a citizen of the State of California, United States of America;

[proposed] COMPLAINT IN INTERVENTION FOR DAMAGES [F.R.C.P. RULE 24]

2. Plaintiff County of Contra Costa was intervener's employer and intervener was in the course and scope of his employment at all times herein mentioned;

3. Defendant, U.S. Department of Agriculture, Animal and Plant Health Inspection Service, was at all times herein mentioned an agency of defendant, United States of America;

4. The amount in controversy exceeds $100,000.00, exclusive of interest and costs;

5. Intervener's claims for injuries arose in this district;

6. On or about October 24, 2005, intervener was working in the course and scope of his employment with the County of Contra Costa, State of California. At all times relevant herein, Peter Lacey was an employee of the U.S. Department of Agriculture, Animal and Plant Inspection and Service, and agency of the United States of America;

7. On or about October 24, 2005, intervener was driving a truck in the course and scope of his employment, when Peter Lacey, an employee of an agency of defendant, United States of America, collided with the rear of the vehicle intervener was operating;

8. At said time and place, Peter Lacey, an employee of an agency of defendant, United States of America, negligently, carelessly and recklessly drove his vehicle into the rear of intervener's vehicle which had been stopped on the side of the roadway;

///

///

///

**[proposed] COMPLAINT IN INTERVENTION FOR DAMAGES [F.R.C.P. RULE 24]**

9. As a proximate result of the negligence, carelessness and recklessness of defendant, intervener sustained severe and permanent injuries to his neck and shoulder, and resulting in pain, suffering, inconvenience and loss of enjoyment of life.

WHEREFORE INTERVENER PRAYS for judgment against defendant as follows:

1. For medical and related expenses according to proof;

2. For wage loss and related expenses according to proof;

3. For general damages in the sum of $250,000.00;

4. For costs of suit;

5. For such other relief as the Court deems proper.

DATED: August 20, 2008                LAW OFFICES OF WILLIAM G. MCDEVITT

By _____
WILLIAM G. McDEVITT, Esq.
Attorneys for Intervener

[proposed] COMPLAINT IN INTERVENTION FOR DAMAGES [F.R.C.P. RULE 24]

*Richman v. United States of America, et al.*
USDC Case No. C07-05317 JCS

**PROOF OF SERVICE (Code Civ. Proc. § 1013a)**

    I am a citizen of the United States. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, CA 94948. I am employed in the County of Marin, where this mailing occurs. I am over eighteen years of age and not a party to the within cause. On the date set forth below, I served the attached document described as:

[proposed] COMPLAINT IN INTERVENTION FOR DAMAGES [F.R.C.P. RULE 24]

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Abraham A. Simmons<br>U.S. Attorney's Office<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102<br>Tel: (415) 436-7264<br>Fax: (415) 436-6748<br>Email: abraham.simmons@usdoj.gov<br>**Attorney for Defendant U.S. Department of Agriculture** | Mark A. Cartier, Esq.<br>Thomas Lyding Cartier & Gaus, LLP<br>3100 Oak Road, Suite 310<br>P. O. Box 8072<br>Walnut Creek, CA 94597<br>Tel: 925-930-7270<br>Fax: 925-256-8148<br>**Attorney for County of Contra Costa** |

[X]    **(BY MAIL)** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on August 21, 2008, following ordinary business practices.

[ ]    **(BY EXPRESS MAIL OVERNIGHT DELIVERY)** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by the US Postal Service. I am readily familiar with Brayton Purcell's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Brayton Purcell's business practice the document described above will be deposited in a box or other facility regularly maintained by the US Postal Service at Novato, California on the same date that it is placed at Brayton Purcell for collection

[ ]    **(BY FACSIMILE)** I caused said documents to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 21, 2008, at Novato, California.

                                                            Krystal Correia