JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:   (415) 436-7264
    Facsimile:   (415) 436-6748

Attorneys for United States of America[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD RICHMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | No. C 07-5317 WHA<br><br><br><br><br><br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING DEADLINE FOR**<br>**MEDIATION/ REFERRING CASE NO. 08-**<br>**3499 TO MEDIATION** |
| COUNTY OF CONTRA COSTA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTRUE ANIMAL & PLANT<br>HEALTH INSPECTION SERVICE, PETER<br>LACY, and DOES 1 through 5, inclusive,<br><br>    Defendants. | No. C 08-3499 WHA |

    Whereas, Case No. 07-5317 was filed on October 18, 2007; and

    Whereas, plaintiff in Case No. 07-5317 alleges defendant United States is liable for personal injuries that resulted from an automobile accident that occurred on October 24, 2005 that plaintiff alleges was negligently caused by an employee acting

---

[1]     The undersigned Assistant United States Attorney appears in case No. 08-3499 only for the United States of America and no other defendant.

within the scope of his federal employment; and

Whereas, on April 10, 2008, this Court referred case No. 07-5317 to the ADR Unit for mediation; and

Whereas, the parties in Case No. 07-5317 stipulated to extend the original deadline for mediating Case No. 07-5317 to September 8, 2008; and

Whereas, Case No. 08-3499 was filed on July 22, 2008; and

Whereas, in Case No. 08-3499 plaintiff County of Contra Costa alleges the United States is liable to plaintiffs for property damage, reimbursement of workers' compensation and other benefits paid by plaintiff as a result of the same October 24, 2005, automobile accident at issue in Case No. 07-5317; and

Whereas, on July 28, 2008, this Court found that Case No. 07-5317 and Case No. 08-3499 are related for purposes of Local Rule 3-12; and

Whereas no Alternative Dispute Resolution referral has yet been made in Case No. 08-3499;

Whereas on August 21, 2008, counsel for the United States, Ronald Richman and Contra Costa County have engaged in negotiations with Court-appointed mediator Herb Schwartz to complete certain discovery prior to October 23, 2008 and then to mediate this case on October 30, 2008;

**It is therefore stipulated between Ronald Richman, County of Contra Costa and the United States of America that** they shall jointly request an Order from the Court extending the deadline for mediating Case No. 07-5317 to October 30, 2008, and referring Case No. 08-3499 to mediation with the same mediator so that both cases may

///
///
///
///
///

Stipulation and [Proposed] Order
No. C 07-5317 WHA
No. C 08-3499 WHA                         2

undergo alternative dispute resolution at the same time.

**SO STIPULATED.**

DATED: August 21, 2008           Brayton Purcell, LLP

                           By        /s/
                                William G. McDevitt, Esq. (Of Counsel)
                                Attorneys for Ronald Richman

DATED: August 21, 2008           Thomas, Lyding, Cartier & Gaus, LLP

                           By        /s/
                                Mark A. Cartier
                                Attorneys for County of Contra Costa

DATED: August 21, 2008           JOSEPH P. RUSSONIELLO
                                       United States Attorney

                           By        /s/
                                ABRAHAM A. SIMMONS
                                Assistant United States Attorney
                                Attorneys for United States of America

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED**:

    Case No. 08-3499 is referred to mediation.  The deadline for mediating both Case No. 07-5317 and Case No. 08-3499 is October 30, 2008.  All other deadlines in the case management scheduling orders of each case shall remain in effect.

_____         _____
    Date                              Hon. William H. Alsup
                                            United States District Court Judge