THOMAS, LYDING, CARTIER & GAUS, LLP
Mark A. Cartier, Esq. (SB #124573)
3100 Oak Road, Suite 310
P. O. Box 8072
Walnut Creek, CA 94597
Telephone (925) 930-7270
Facsimile (925) 256-8148

Attorneys for
COUNTY OF CONTRA COSTA.

BEFORE THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICHMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, ET AL.<br><br>    Defendant. | CASE NO.: C07-05317-WHA<br>[C08-03499-WHA; Related Action]<br><br>**STATEMENT OF NON-OPPOSITION TO RONALD RICHMAN'S MOTION TO INTERVENE AS PLAINTIFF [F.R.C.P. RULE 24]**<br>Date:  10/9/08<br>Time:  8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

The County of Contra Costa, the plaintiff in C08-03499, does not oppose Ronald Richman's Motion to Intevene as the plaintiff in C08-03499.

DATED: 8-25, 2008.

Respectfully submitted,

THOMAS, LYDING, CARTIER & GAUS, LLP

By: /s/ Mark Cartier
MARK A. CARTIER, ESQ.
Attorney for COUNTY OF CONTRA COSTA.

THOMAS, LYDING, CARTIER & GAUS, LLP
Attorneys at Law
3100 Oak Road,
Suite 310
Walnut Creek, CA 94597
(925) 930-7270

STATEMENT OF NON-OPPOSITION TO RONALD RICHMAN'S
MOTION TO INTERVENE AS PLAINTIFF [F.R.C.P. RULE 24]
1

1  RE:   COUNTY OF CONTRA COSTA v. UNITED STATES OF AMERICA, etc.
       U. S. District Court-Northern Dist. No. CV08-03499-WHA

2

3                       PROOF OF SERVICE BY MAIL

4       The undersigned declares as follows:

5       I am employed in the County of Contra Costa, California. I am over the age of eighteen years
and not a party to the within-entitled action. My business address is 3100 Oak Road, Suite 310, P.O.
6  Box 8072, Walnut Creek, California, 94597.

7       I am readily familiar with this firm's practice of collection and processing of correspondence
for mailing in the United States Postal Service. In the ordinary course of business, the correspondence
8  would be deposited with the U.S. Postal Service on the same day it is prepared, with postage fully paid.

9       On Aug. 25, 2008 , I served the **STATEMENT OF NON-OPPOSITION TO RONALD
RICHMAN'S MOTION TO INTERVENE AS PLAINTIFF [F.R.C.P. RULE 24]** on the parties
10 in said action, by placing a true copy thereof in an envelope at the address specified above. That
envelope was sealed, and placed for collection and mailing on that date, following ordinary business
11 practices. The names and addresses as shown on the envelopes were :

12 <u>Attorney for Plaintiff RONALD RICHMAN</u>          Ms. Maria Faint
   William G. McDevitt, Esq.                              County of Contra Costa
13 Brayton & Purcell                                      *Risk Management Department*
   222 Rush Landing Road                                  2530 Arnold Drive, Suite 140
14 P. O. Box 6169                                         Martinez, CA 94553
   Novato, CA 94498-6169                                     *Claim No. 59372*
15
   <u>Attorney for Defendant USA</u>                      *Chambers Copy*
16 Abraham A. Simmons, Esq.                               The Honorable William H. Alsup, Judge
   Assistant U. S. Attorney                               Northern District, U. S. District Court
17 U. S. Departm,ent of Justice                           450 Golden Gate Ave., 19th Floor
   9th Floor, Federal Building                            San Francisco, CA 94102
18 450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
19
20      I, RANDI L. BELSHE, declare under penalty of perjury of the laws of the State of California
   that the foregoing is true and correct, and that this declaration was executed on Aug. 25, 2008, at
   Walnut Creek, California.
21
       RANDI L. BELSHE                              _____
22       (TYPED NAME)                                      (SIGNATURE)

23

24

25

26

THOMAS, LYDING,
CARTIER & GAUS, LLP
Attorneys at Law
3100 Oak Road,
Suite 310
Walnut Creek, CA 94597
(925) 930-7270