WILLIAM G. McDEVITT, Esq. (SBN 62065)
Of Counsel, Brayton Purcell, LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948
Telephone: (415) 898-1555
Facsimile:   (415) 898-1247

Attorneys for Plaintiff, RONALD RICHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RICHMAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　　　Defendants. | ) Case No. C07-05317 WHA<br>) [C08-03499-MEJ; RELATED ACTION]<br>)<br>) [proposed] **ORDER GRANTING RONALD**<br>) **RICHMAN'S MOTION TO INTERVENE**<br>) **AS A PLAINTIFF [F.R.C.P. RULE 24]**<br>)<br>) **Date:**　　**October 9, 2008**<br>) **Time:**　　**8:00 a.m.**<br>) **Place:**　　**Ctrm 9, 19th Floor**<br>　**Before:**　**Hon. William H. Alsup** |

　　　　Plaintiff's Motion to Intervene under F.R.C.P. Rule 24 was heard before Honorable William H. Alsup on October 9, 2008.  William G. McDevitt appeared on behalf of the proposed intervener, Ronald Richman; Mark Cartier appeared on behalf of the County of Contra Costa; Abraham Simmons appeared on behalf of the United States of America.

/ / /

/ / /

/ / /

/ / /

**[proposed] ORDER GRANTING RONALD RICHMAN'S MOTION TO INTERVENE**
**AS A PLAINTIFF [F.R.C.P. RULE 24]**
1

1  After reviewing the papers submitted by counsel and considering oral argument **IT IS**
2  **ORDERED** that the Motion of Ronald Richman to Intervene in the action filed by the County
3  of Contra Costa is **GRANTED**.
4
5  DATED: ___September 2___, 2008    _____
6                                    HON. WILLIAM H. ALSUP

*IT IS SO ORDERED — Judge William Alsup*