1  WILLIAM G. McDEVITT, Esq. (SBN 62065)
   Of Counsel, Brayton Purcell, LLP
2  222 Rush Landing Road
   P.O. Box 6169
3  Novato, CA 94948
   Telephone: (415) 898-1555
4  Facsimile:   (415) 898-1247

5  Attorneys for Plaintiff, RONALD RICHMAN

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 COUNTY OF CONTRA COSTA,            ) Case No. C07-05317 WHA
                                      ) [C08-03499-MEJ; RELATED ACTION]
12                   Plaintiff,       )
                                      ) [proposed] COMPLAINT IN
13        vs.                         ) INTERVENTION FOR DAMAGES
                                      ) [F.R.C.P. RULE 24]
14 UNITED STATES OF AMERICA, et al.   )
                                      ) Date:   October 9, 2008
15                   Defendants.      ) Time:   8:00 a.m.
                                      ) Place:  Ctrm 9, 19th Floor
16 _____) Before: Hon. William H. Alsup

17 RONALD RICHMAN,                    )
                                      )
18                   Intervener,      )
                                      )
19        vs.                         )
                                      )
20 UNITED STATES OF AMERICA, et al.   )
                                      )
21                   Defendants.      )
   _____)

        Intervener, Ronald Richman, hereby alleges:

        1.    Intervener is and was at all times mentioned herein a citizen of the State of
              California, United States of America;

---

[proposed] COMPLAINT IN INTERVENTION FOR DAMAGES [F.R.C.P. RULE 24]

1

2. Plaintiff County of Contra Costa was intervener's employer and intervener was in the course and scope of his employment at all times herein mentioned;

3. Defendant, U.S. Department of Agriculture, Animal and Plant Health Inspection Service, was at all times herein mentioned an agency of defendant, United States of America;

4. The amount in controversy exceeds $100,000.00, exclusive of interest and costs;

5. Intervener's claims for injuries arose in this district;

6. On or about October 24, 2005, intervener was working in the course and scope of his employment with the County of Contra Costa, State of California. At all times relevant herein, Peter Lacey was an employee of the U.S. Department of Agriculture, Animal and Plant Inspection and Service, and agency of the United States of America;

7. On or about October 24, 2005, intervener was driving a truck in the course and scope of his employment, when Peter Lacey, an employee of an agency of defendant, United States of America, collided with the rear of the vehicle intervener was operating;

8. At said time and place, Peter Lacey, an employee of an agency of defendant, United States of America, negligently, carelessly and recklessly drove his vehicle into the rear of intervener's vehicle which had been stopped on the side of the roadway;

///

///

///

[proposed] COMPLAINT IN INTERVENTION FOR DAMAGES [F.R.C.P. RULE 24]

9.  As a proximate result of the negligence, carelessness and recklessness of defendant, intervener sustained severe and permanent injuries to his neck and shoulder, and resulting in pain, suffering, inconvenience and loss of enjoyment of life.

WHEREFORE INTERVENER PRAYS for judgment against defendant as follows:

1.  For medical and related expenses according to proof;

2.  For wage loss and related expenses according to proof;

3.  For general damages in the sum of $250,000.00;

4.  For costs of suit;

5.  For such other relief as the Court deems proper.

DATED: August 20, 2008         LAW OFFICES OF WILLIAM G. MCDEVITT

By /s/ WILLIAM G. McDEVITT, Esq.
Attorneys for Intervener

[proposed] COMPLAINT IN INTERVENTION FOR DAMAGES [F.R.C.P. RULE 24]

3