**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD RICHMAN,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

    /

No. C 07-05317 WHA

**ORDER RE EVIDENTIARY HEARING**

    For the reasons stated at the evidentiary hearing, defendant's motion to dismiss for lack of subject matter jurisdiction is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE