JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:  (415) 436-6748
    Email:  abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD RICHMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | No. C 07-5317 WHA<br><br><br><br><br>**STIPULATION OF DISMISSAL**<br>**and [PROPOSED] ORDER** |
| COUNTY OF CONTRA COSTA<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE ANIMAL & PLANT<br>HEALTH INSPECTION SERVICE, PETER<br>LACY, and DOES 1 through 5, inclusive,<br><br>    Defendants. | No. C 08-3499 WHA |

1 | In accordance with the terms of the Settlement Agreement entered into by the parties, it is
2 | hereby stipulated that the above-captioned consolidated actions be dismissed with prejudice, with
3 | each party to bear his/its own costs, expenses and attorneys' fees pursuant to Federal Rule of
4 | Civil Procedure 41(a)(1).

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 7/13/09

ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorneys for United States

BRAYTON PURCELL, LLP

Dated: 7/4/09

WILLIAM G. McDEVITT, Esq.
Attorneys for Ronald Richman

THOMAS, LYDING, CARTIER & GAUS, LLP

Dated: _____

MARK A. CARTIER, Esq.
Attorneys for County of Contra Costa

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Clerk shall close the files.

Dated: July 15, 2009

HON. WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

STIPULATION OF DISMISSAL & ~~PROPOSED~~ ORDER
C 07-5317 WHA & C 08-3499 WHA            2

In accordance with the terms of the Settlement Agreement entered into by the parties, it is hereby stipulated that the above-captioned consolidated actions be dismissed with prejudice, with each party to bear his/its own costs, expenses and attorneys' fees pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: _____

ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorneys for United States

BRAYTON PURCELL, LLP

Dated: _____

WILLIAM G. McDEVITT, Esq.
Attorneys for Ronald Richman

THOMAS, LYDING, CARTIER & GAUS, LLP

Dated: 7-6-09

MARK A. CARTIER, Esq.
Attorneys for County of Contra Costa

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HON. WILLIAM H. ALSUP
United States District Judge

STIPULATION OF DISMISSAL & ~~PROPOSED~~ ORDER
C 07-5317 WHA & C 08-3499 WHA          2